JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVELL GATEWOOD, ) | Case No. CV 13-5296-SJO (OP) |
| ) | |
| Petitioner, ) | J U D G M E N T |
| ) | |
| v. ) | |
| ) | |
| GARY SWARTHOUT, Warden, ) | |
| ) | |
| Respondent. ) | |

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: August 8, 2013.

_____
HONORABLE S. JAMES OTERO
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge